[861 NE2d 102, 828 NYS2d 287]

MARIA C. CRUZ, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent.

Decided January 9, 2007

826

**APPEARANCES OF COUNSEL**

*Ephrem J. Wertenteil*, New York City, for appellant.
*Wallace D. Gossett*, Brooklyn, and *Anita Isola* for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, for the reasons stated in the memorandum by the Appellate Division (31 AD3d 688 [2006]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.